FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2015
JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

Allyson i Bataille, Plaintiff,

v.

gallagher bassett,

______________________________,

______________________________,

______________________________,

______________________________,

______________________________,

______________________________,

______________________________, Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

## PARTIES

1. Plaintiff Allison i Batmilk is a citizen of U.S.A who presently resides at the following address: 16644 E 17th PL Apt 218 Aurora co 80011

2. Defendant gallagher services is a citizen of U.S.A who live(s) at or is/are located at the following address: PO box 4068 Englewood co 80155

3. Defendant ______ is a citizen of ______ who live(s) at or is/are located at the following address:

______

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

______

______

______

5. Briefly state the background of your case:

On 1/26/14 my job worker comp insurance adjustor was conspired with CONCENTRA to deny my benefits because the claim adjustor , Karen claussen , who work for GALLAGHER BASSETT SERVICES was making judgments on the date of maximum to recovery to safe her company money and stop all my worker comp benefit and on1/27/15 she email me my claim was initially denied and she date not respected the date the podiatrist put on my file that was 3/13/2015 also the adjustor and CONCENTRA remove me from care to early because of that I'm paying out of pocket for my care the adjustor tell me she will not pay additional treatment for me.

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**

(Please number your paragraphs and attach any necessary additional pages.)

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**

(Please number your paragraphs and attach any necessary additional pages.)

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 2-20-15

(Plaintiff's Original Signature)

16446 E 17th PL #218
(Street Address)

AURORA CO 80011
(City, State, ZIP)

720 540 37 84
(Telephone Number)